# Court of Appeals
# of the State of Georgia

ATLANTA, __March 28, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1277. DAVID DISHEROON v. PATRICIA O. SCHEUER.**
**A13A1278. DAVID DISHEROON et al v. PATRICIA O. SCHEUER.**

On July 5, 2011, this Court granted David Disheroon's application for discretionary appeal from two separate trial court orders entered on the same day. The order notified Disheroon that he would have 10 days from the date of the order to file his notice of appeal. See OCGA § 5-6-35 (g). Thirteen days later, on July 18, 2011, Disheroon filed two separate notices of appeal, one for each of the trial court orders.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988). Because Disheroon failed to file his notices of appeal within 10 days of our order granting his application, his notices of appeal are untimely. Accordingly, these appeals are DISMISSED for lack of jurisdiction. See *Barnes v. Justis*, 223 Ga. App. 671 (478 SE2d 402) (1996); OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __03/28/2013__
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*